1 BARRY J. PORTMAN
Federal Public Defender
2 ANGELA M. HANSEN
Assistant Federal Public Defender
3 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 Telephone: (510) 637-3500

5 Counsel for Defendant VALENCIA-TORRES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-00064 SBA |
|---|---|---|
| Plaintiff, | ) ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 24, 2009 |
| v. | ) ) | AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER |
| JOSE VALENCIA-TORRES, | ) ) | |
| Defendant. | ) ) | Hearing Date: February 24, 2009 Time: 9:00 a.m. |
| | ) | |

The above-captioned matter is set on February 24, 2009 before this Court for a status hearing. The parties jointly request that this Court continue the matter to March 24, 2009 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(8)(A) and (B)(iv), between the date of this stipulation and March 24, 2009.

This is an illegal reentry case, and Mr. Valencia has not yet made his first appearance before the Court. The current status of the case is that the parties are engaged in plea negotiations and anticipate coming to an agreed-upon resolution of this case. However, the defense requires investigation and review of additional records which may be relevant to any negotiated disposition of the case. For example, defense counsel needs to obtain records of prior convictions to confirm that certain priors qualify for enhancements under the Sentencing

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00064 SBA

1  Guidelines and to confirm Mr. Valencia's criminal history category.

2      The requested continuance will allow the defense to complete its investigation of the
3  underlying facts of the case, to obtain and review necessary records and for the parties to
4  continue their plea negotiations.  The failure to grant such a continuance would unreasonably
5  deny counsel for the defendant the reasonable time necessary for effective preparation, taking
6  into account the exercise of due diligence.

7      The parties further stipulate and agree that the time from February 24, 2009 to March 24,
8  2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.
9  §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

10

11  DATED: February 20, 2009              /S/
                                      DOMINIQUE THOMAS
12                                    Assistant United States Attorney

13
    DATED: February 20, 2009              /S/
14                                    ANGELA M. HANSEN
                                      Assistant Federal Public Defender
15

16

17

18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00064 SBA              2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. The ends of justice served by the granting of the continuance from February 24, 2009 until March 24, 2009, outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and the collection and review of records are necessary to the defense preparation of the case.

2. Given counsel's need to complete an investigation and to obtain additional records, the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

Based on these findings, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(8)(A) and (B)(iv) from the date of this Stipulation to March 24, 2009.

IT IS FURTHER ORDERED that the STATUS date of February 24, 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for March 24, 2009, at 9:00 a.m.

DATED: 2/23/09

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00064 SBA                    3