1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant VALENCIA-TORRES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-00064 SBA |
|---|---|---|
| Plaintiff, | ) | **STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 21, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [PROPOSED] ORDER** |
| v. | ) | |
| JOSE VALENCIA-TORRES, | ) | |
| Defendant. | ) | Hearing Date: April 7, 2009  Time:  9:00 a.m. |

The above-captioned matter is set on April 7, 2009 before this Court for a status hearing. The parties jointly request that this Court continue the matter to April 21, 2009 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between the date of this stipulation and April 21, 2009.

This is an illegal reentry case, and Mr. Valencia has been offered a fast-track plea agreement. The parties anticipate coming to an agreed-upon resolution of this case, however, the defense requires investigation and review of additional records which are relevant to a negotiated disposition of the case. For example, defense counsel needs to obtain a transcript from proceedings in Mr. Valencia's prior state case to confirm Mr. Valencia's offense level under the Sentencing Guidelines.

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00064 SBA

1  The requested continuance will allow the defense to obtain and review necessary records
2  and for the parties to continue their plea negotiations.  The failure to grant such a continuance
3  would unreasonably deny counsel for the defendant the reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence.
5  The parties further stipulate and agree that the time from the date of this Stipulation to
6  April 21, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18
7  U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

9  DATED: April 2, 2009                             /S/
                                                 DOMINIQUE THOMAS
10                                               Assistant United States Attorney

11
    DATED: April 2, 2009                             /S/
12                                               ANGELA M. HANSEN
                                                 Assistant Federal Public Defender
13

14  I hereby attest that I have on file all holographed signatures for any signatures indicated
    by a conformed signature (/s/) within this e-filed document.

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-00064 SBA                    2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. The ends of justice served by the granting of the continuance from April 7, 2009 until April 21, 2009, outweigh the best interests of the public and the defendant in a speedy and public trial because the collection and review of prior conviction records are necessary to the defense preparation of the case.

2. Given counsel's need to obtain additional records, the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

Based on these findings, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) from the date of this Stipulation to April 21, 2009.

IT IS FURTHER ORDERED that the STATUS date of April 7, 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for April 21, 2009, at 9:00 a.m.

DATED: 4/3/09

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge